# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LEMUS, JR. | Case No.: 1:21-cv-00442-NONE-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| V. SANCHEZ, et al., | (ECF No. 16) |
| Defendants. | |

Plaintiff Enrique Lemus, Jr. is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file a response to the order to show cause, filed July 19, 2021.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file a response to the order to show cause.

IT IS SO ORDERED.

Dated: **July 21, 2021**

UNITED STATES MAGISTRATE JUDGE

1