UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LEMUS, JR. <br><br>             Plaintiff, <br><br>      v. <br><br> V. SANCHEZ, et al., <br><br>             Defendants. | No.: 1:21-cv-00442-NONE-SAB (PC) <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, AND DISMISSING ACTION</u> <br><br> (Doc. No. 20) |

Plaintiff Enrique Lemus, Jr. is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2021, the assigned magistrate judge issued a screening order granting plaintiff leave to file a third amended complaint or a notice of voluntary dismissal within thirty (30) days. (Doc. No. 14.)  Plaintiff was warned that failure to comply with the court's order would result in a recommendation that this action be dismissed.  (*Id.* at 7.)  Although plaintiff was granted two extensions of time, he did not file an amended complaint or otherwise communicate with the court.

Therefore, on September 20, 2021, the magistrate judge issued findings and recommendations recommending dismissal of this action for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.  (Doc. No. 20.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be

1

filed within fourteen days after service. (*Id.* at 9.) Plaintiff has not filed objections, and the deadline to do so has now passed. On September 30, 2021, the findings and recommendations were returned by the United States Postal Office as undeliverable with a notation "paroled."

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis insofar as they recommend dismissal for failure to prosecute and failure to obey a court order. The court finds it unnecessary to address the other grounds for dismissal advanced in the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on September 20, 2021, (Doc. No. 20), are adopted in part;
2. This action is dismissed due to plaintiff's failure to obey a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2021**

_____
UNITED STATES DISTRICT JUDGE